AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SEP - 3 2020

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Abel Adame-Madera

**CRIMINAL COMPLAINT**

Case Number:   M-20-1705-M

IAE   YOB: 1984
Mexico

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ____September 2, 2020____ in ____Hidalgo____ County, in the ____Southern____ District of ____Texas____

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ____8____ United States Code, Section(s) ____1326____ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Abel Adame-Madera was encountered by Border Patrol Agents near Mission, Texas on September 2, 2020. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 2, 2020, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on June 13, 2020, through Del Rio, Texas. Prior to Deportation/Exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  [x] No

Complaint authorized by AUSA S. Greenbaum
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

September 3, 2020                9:05 a.m.

/S/Jesus Barrientos
**Signature of Complainant**

Jesus Barrientos        Border Patrol Agent

Peter E. Ormsby               , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

*Peter E Ormsby* (signature)
**Signature of Judicial Officer**